Henry Hwang, SBN 221884
hhwang@efsmmlaw.com
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
1 Park Plaza, Suite 500
Irvine, California 92614
Telephone: (949) 484-7488
Facsimile: (949) 966-0706

Attorneys for Plaintiff Steps Apparel Group, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPS APPAREL GROUP, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>EMME, INC., dba RAIN & ROSE, a California corporation; and DOES 1 – 10, inclusive,<br><br>Defendants. | Case No.:<br><br>**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**<br><br>**1. COPYRIGHT INFRINGEMENT [17 U.S.C. § 501(a)];**<br><br>**2. COMMON LAW COPYRIGHT INFRINGEMENT [California Civil Code § 980];**<br><br>**3. UNFAIR BUSINESS PRACTICES [California Business & Professions Code § 17200, *et seq.*];**<br><br>**4. UNJUST ENRICHMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Steps Apparel Group, Inc. for its claims against defendant Emme, Inc. and Does 1 – 10 alleges as follows:

## JURISDICTION AND VENUE

1. The court has original jurisdiction of this action under 17 U.S.C. § 501, *et seq.*, and 28 U.S.C. § 1338(a).

2. Venue in this district is proper under 28 U.S.C. § 1391(b) in that a

substantial part of the events giving rise to the within claims occurred in this judicial district, and under 28 U.S.C. § 1400(a) in that it is a judicial district where defendant resides and/or has a regular and established place of business.

3. Defendants are subject to the personal jurisdiction of this Court because, upon information and belief, Defendants reside and maintain a principal place of business in this District.

**THE PARTIES**

4. Plaintiff Steps Apparel Group, Inc. ("Plaintiff" or "Steps") is a California corporation with its principal place of business in the City of Los Angeles, California.

5. Defendant Emme, Inc. ("Defendant" or "Emme") is, on information and belief, a California corporation with its principal place of business in the City of Los Angeles, California, and doing business as Rain & Rose.

6. The true names and capacities of the defendants named herein as Does 1 through 10, inclusive, whether individual, corporate, partnership, associate or otherwise, are unknown to Plaintiff and, as such, are sued by fictitious names. When Plaintiff ascertains the true names and capacities of said Doe Defendants, Plaintiff will seek leave of Court to amend this Complaint to include their true names and capacities. Plaintiff alleges that all Doe Defendants bear responsibility for the acts alleged in this Complaint. Hereinafter, Defendant, and Does 1 through 10, inclusive, shall be collectively referred to as "Defendants."

**GENERAL ALLEGATIONS**

7. At all relevant times hereto, Plaintiff has been and still is the holder of the exclusive rights under the Copyright Act of 1976 (17 U.S.C. § 101, *et seq*. and all amendments thereto) ("Copyright Act") to reproduce, distribute, display, or license the reproduction, distribution, and/or display of its visual works, listed on Exhibits 1, 2 and 3 attached hereto, which are the subjects of this action (referred to herein as the "Fabric Designs") throughout the United States.

8. Plaintiff is a manufacturer and wholesaler of women's garments based in Los Angeles, California. Steps has been designing, manufacturing, distributing and selling its garments worldwide for over 30 years.

9. As a part of its manufacturing business, Steps employs fashion designers to produce, among other things, designs, colors and patterns of fabric to include in its garments. Based upon those designs, Steps hires fabric makers to incorporate those designs into tangible fabrics. Having devoted substantial time, effort, and money to design, develop, advertise, promote, and market its products, Steps registers its fabric designs with the United States Copyright Office.

10. Steps is the owner and holder of exclusive rights under the Copyright Act of various fabric designs, including in relevant part, the following U.S. copyright registrations ("Fabric Designs"):

(1) Certificate of Registration Number: Vau 1-486-290, effective date of October 18, 2022, Content Title SDD09007-20%;

(2) Certificate of Registration Number: Vau 1-550-816, effective date of October 15, 2024, Content Title SDF09017.

(3) Certificate of Registration Number: Vau 1-585-002, effective date of January 27, 2026, Content Title 2230242

11. Attached hereto as Exhibits 1, 2 and 3 are true and correct copies of the respective copyright registrations, which are incorporated herein by this reference.

12. The Fabric Designs are original works, copyrightable under the Copyright Act. Plaintiff has applied for, and were issued copyright registrations from the Copyright Office for the Fabric Designs. The registration numbers for the Fabric Designs are set forth in Exhibits 1, 2 and 3. Thus, Plaintiff has the exclusive rights and privileges to reproduce, distribute and display the Fabric Designs.

13. Defendants operate an online store that markets and retails women's garments for sale to the general public utilizing the web address of http://www.rainandrose.com.

14. Defendants infringed Plaintiff's exclusive rights in the Fabric Designs

by copying, reproducing, duplicating, distributing, and displaying them and/or derivative works derived therefrom without Plaintiff's permission. In or about 2026, Plaintiff discovered that Defendants placed for sale, garments with fabric designs identical to each of Plaintiff's Fabric Designs on its website. True and correct copies of Defendants' website pages with garments utilizing Plaintiff's Fabric Designs are attached hereto as Exhibits 4, 5, and 6, and which are incorporated herein by this reference.

15. Plaintiff has never authorized any of the Defendants, by license or otherwise, to copy, reproduce, distribute or display any of the Fabric Designs, nor to prepare derivative works based on the Fabric Designs.

16. Each infringing copy, duplication, sale, license, or display of the Fabric Designs, as well as the threat of continuing the same, constitutes a separate claim against Defendants under the Copyright Act. Plaintiff has sustained, and will continue to sustain, substantial damage to the value of its copyrights in that the previously described activities of Defendants have diminished and will continue to diminish the revenue that Plaintiff would otherwise receive. In addition, Defendants have realized unlawful and unjust profits from their unauthorized and illegal copying, duplication, distribution, and display of copies of the Fabric Designs.

17. Defendants continue to infringe the copyrights identified in Exhibits 1, 2 and 3, and unless temporarily, preliminarily and permanently enjoined by Order of this Court, will continue to infringe said copyrights, all to Plaintiff's irreparable injury. As a result of Defendants' acts of infringement, Plaintiff is without an adequate remedy at law in that damages are difficult to ascertain and, unless injunctive relief is granted as prayed for herein, Plaintiff will be required to pursue a multiplicity of actions.

18. As a direct result of the conduct of Defendants, Plaintiff has suffered and continues to suffer damages in an amount to be determined.

19. Defendants have committed all of the aforesaid acts deliberately, willfully, maliciously and oppressively, without regard to Plaintiff's proprietary rights. In or about February 2026, Plaintiff provided written notice of Defendants' infringing acts and demanded that Defendants cease and desist from any further acts of infringement. Despite notice and demand, Defendants continued their acts of infringement all to the detriment of Plaintiff's rights.

**FIRST CLAIM FOR RELIEF**

**(Copyright Infringement Against All Defendants)**

**[17 U.S.C. § 501(a)]**

20. Plaintiff repeats and realleges each and every one of the preceding paragraphs as though fully set forth herein.

21. The above-described conduct by Defendants constitutes willful copyright infringement under the Copyright Act.

22. As a result of the above-described conduct by Defendants, Plaintiff has been damaged in an amount to be proven at trial.

23. By reason of the copyright infringement described above, Plaintiff is entitled to recover Defendants' profits to the extent the same are not included as part of Plaintiff's damages.

24. In the alternative, at the election of Plaintiff, Plaintiff is entitled to recover from Defendants statutory damages of up to $150,000.00 per copyright infringed for Defendants' willful copyright infringement, plus attorneys' fees.

**SECOND CLAIM FOR RELIEF**

**(Common Law Copyright Infringement Against All Defendants)**

**[California Civil Code § 980]**

25. Plaintiff repeats and realleges each and every one of the preceding paragraphs as though fully set forth herein.

26. At all times relevant herein, Plaintiff has held and still holds the exclusive rights under California law and common law to reproduce, distribute, or

license the reproduction and distribution of the artwork, design, pictures, representation, model and pattern for the Fabric Designs in any and all formats and mediums, throughout the United States.

27. The artwork, design, pictures, representation, model and pattern of Plaintiff's Fabric Designs are original works in tangible form which have been widely disseminated and published since at least in or about October 2022.

28. The conduct herein complained of was extreme, outrageous, fraudulent, and was inflicted on Plaintiff in reckless disregard of Plaintiff's rights. Defendants' acts have irreparably harmed and continue to harm Plaintiff's exclusive proprietary rights and constitute common law copyright infringement and unfair competition. Defendants' outrageous conduct supports an award of exemplary and punitive damages in an amount sufficient to punish and make an example of Defendants and to deter them from similar conduct in the future.

29. Each infringing transfer, duplication, sale, rental, distribution, display and other exploitation of the artwork, design, pictures, representation, model and pattern of Plaintiff's Fabric Designs constitutes a separate claim against Defendants under common law copyright and California Civil Code § 980.

## <u>THIRD CLAIM FOR RELIEF</u>

**(Unfair Business Practices Against All Defendants)**

**[California Business & Professions Code § 17200, *et seq.*]**

30. Plaintiff repeats and realleges each and every one of the preceding paragraphs as though fully set forth herein.

31. Defendants have committed all of the aforesaid acts of infringement deliberately, willfully, maliciously and oppressively without regard to Plaintiff's legal and exclusive proprietary rights.

32. Defendants' acts and practices as detailed above constitute acts of unlawful, unfair or fraudulent business acts and practices within the meaning of California Business and Professions Code § 17200, *et seq.*

33. Defendants have engaged in transactions that are in violation of numerous provisions of California law. Strict liability may be applied even if Defendants' acts have violated only one of the three provisions set forth above.

34. Pursuant to California Business and Professions Code § 17203, Plaintiff seeks an order from this Court prohibiting Defendants from engaging or continuing to engage in the unlawful, unfair, or fraudulent business acts or practices set forth in this Complaint and/or ordering Defendants to perform their obligations under the law and cancel any illegal obligations.

35. Plaintiff additionally requests an order from this Court requiring that Defendants disgorge profits and return or pay to Plaintiff all of Defendants' ill-gotten gains obtained from the illegal transactions, and/or pay restitution, including the amount of monies that should have been paid if Defendants complied with their legal obligations, or as equity requires.

36. Plaintiff further requests a court order that an asset freeze or constructive trust be imposed over all monies in Defendants' possession which rightfully belong to Plaintiff.

## FOURTH CLAIM FOR RELIEF

**(Unjust Enrichment Against All Defendants)**

37. Plaintiff repeats and realleges each and every one of the preceding paragraphs as though fully set forth herein.

38. By virtue of the egregious and illegal acts of Defendants as described above, Defendants have been unjustly enriched in an amount to be proven at trial.

39. Defendants' retention of monies gained through their deceptive business practices, infringements, and otherwise would serve to unjustly enrich Defendants and would be contrary to the interests of justice.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays as follows:

1. For an Order enjoining Defendants, their officers, agents, employees,

and those acting in concert or conspiracy with them, temporarily during the pendency of this action and permanently thereafter from:

a. Infringing, or contributing to or participating in the infringement by others, the copyrights in the Fabric Designs or acting in concert with, aiding and abetting others to infringe said copyrights in any way;

b. Copying, duplicating, selling, licensing, displaying, distributing, or otherwise using without authorization copies of the Fabric Designs to which Plaintiff is owner of exclusive rights under the respective copyrights or derivative works based thereon;

2. That Defendants be required to account for and pay over to Plaintiff the actual damages suffered by Plaintiff as a result of the infringement and any profits of the Defendants attributable to the infringement of Plaintiff's copyrights or exclusive rights under the copyrights and to pay such damages to Plaintiff as to this Court shall appear just and proper within the provisions of the Copyright Act, or in the alternative, at Plaintiff's election, statutory damages for infringement of each separate copyright as set forth in 17 U.S.C. § 504;

3. For an Order requiring that Defendants provide complete accounting and for equitable relief, including that Defendants disgorge and return or pay their ill-gotten gains obtained from the illegal transactions entered into and/or pay restitution, including the amount of monies that should have been paid if Defendants' complied with their legal obligations, or as equity requires;

4. For an Order from the Court that an asset freeze or constructive trust be imposed over all monies and profits in Defendants' possession which rightfully belong to Plaintiff;

5. For damages in an amount to be proven at trial for copyright infringement and violation of common law under California Civil Code § 980;

6. For an award of costs;

7. For an award of reasonable attorneys' fees;

8. For an award of pre-judgment interest and post-judgment interest in the maximum amount permitted by law;

9. For such other and further relief as the Court deems just and proper.

Dated: October 20, 2026

**EVANS FEARS SCHUTTERT MCNULTY MICKUS**

By: ______________________________

Henry Hwang
Attorneys for Plaintiff Steps Apparel Group, Inc.

## DEMAND FOR JURY TRIAL

Plaintiff Steps Apparel Group, Inc. respectfully demands a trial by jury in this action.

Dated: October 20, 2026

**EVANS FEARS SCHUTTERT MCNULTY MICKUS**

By: ____________________

Henry Hwang
Attorneys for Plaintiff Steps Apparel Group, Inc.

# Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VAu 1-486-290**
**Effective Date of Registration:**
October 18, 2022
**Registration Decision Date:**
November 22, 2022

## Copyright Registration for a Group of Unpublished Works

Registration issued pursuant to 37 C.F.R. § 202.4(c)

### Title

**Title of Group:** CDD09013 and 9 Other Unpublished Works

**Content Title:** CDD09013
CDD10001
CDD10004
SDD09002
SDD09003
SDD09004
SDD09005
SDD09006
SDD09007-20%
SDD09400BS

### Completion/Publication

**Year of Completion:** 2022

### Author

- **Author:** Steps Apparel Group Inc.
  **Author Created:** Pictorial or Graphic Works
  **Work made for hire:** Yes
  **Citizen of:** United States

### Copyright Claimant

**Copyright Claimant:** Steps Apparel Group Inc.
1105 S Boyle Ave., Los Angeles, CA, 90023, United States

### Rights and Permissions

Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VAu 1-486-290**
**Effective Date of Registration:**
October 18, 2022
**Registration Decision Date:**
November 22, 2022

**Copyright Registration for a Group of Unpublished Works**
Registration issued pursuant to 37 C.F.R. § 202.4(c)

**Title**

**Title of Group:** CDD09013 and 9 Other Unpublished Works

**Content Title:** CDD09013
CDD10001
CDD10004
SDD09002
SDD09003
SDD09004
SDD09005
SDD09006
SDD09007-20%
SDD09400BS

**Completion/Publication**

**Year of Completion:** 2022

**Author**

- **Author:** Steps Apparel Group Inc.
**Author Created:** Pictorial or Graphic Works
**Work made for hire:** Yes
**Citizen of:** United States

**Copyright Claimant**

**Copyright Claimant:** Steps Apparel Group Inc.
1105 S Boyle Ave., Los Angeles, CA, 90023, United States

**Rights and Permissions**

Page 1 of 2

SDD09007-20%(certificate).tif



SDD09007-20%.tif

# Exhibit 2

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VAu 1-550-816**
**Effective Date of Registration:**
October 15, 2024
**Registration Decision Date:**
April 15, 2025

## Copyright Registration for a Group of Unpublished Works

Registration issued pursuant to 37 C.F.R. § 202.4(c)

### Title

**Title of Group:** SDF09013 and 9 Other Unpublished Works

**Content Title:** SDF09013
SDF09014
SDF09015
SDF09016
SDF09017
SDF10001
SDF10002-A
SDF10003
SDF10004
SDF10005

### Completion/Publication

**Year of Completion:** 2024

### Author

- **Author:** Steps Apparel Group Inc.
  **Author Created:** Pictorial or Graphic Works
  **Work made for hire:** Yes
  **Citizen of:** United States

### Copyright Claimant

**Copyright Claimant:** Steps Apparel Group Inc.
1105 S Boyle Ave., Los Angeles, CA, 90023, United States

### Rights and Permissions



# Exhibit 3

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VAu 1-585-002**
**Effective Date of Registration:**
January 27, 2026
**Registration Decision Date:**
April 27, 2026

## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

### Title

**Title of Group:** SDD09007 and 3 Other Unpublished Works

**Content Title:** SDD09007
SDD09007-1
2230242
2230242-1

### Completion/Publication

**Year of Completion:** 2022

### Author

- **Author:** Steps Apparel Group Inc.
**Author Created:** Pictorial or Graphic Works
**Work made for hire:** Yes
**Citizen of:** United States

### Copyright Claimant

**Copyright Claimant:** Steps Apparel Group Inc.
1105 S Boyle Ave., Los Angeles, CA, 90023, United States

### Rights and Permissions

**Organization Name:** Steps Apparel Group Inc.



SDD09007.tif



2230242 .tif

# Exhibit 4

rain + rose

HOME SHOP OUR STORY CONTACT

# THE ROSALIE FLORAL QUARTER ZIP

$132.00

See plans

BROWN



rain + rose

HOME SHOP OUR STORY CONTACT

# THE ROSALIE FLORAL QUARTER ZIP

$132.00

As low as $1_ / month or interest free with Klarna See plans

NAVY

Medium



rain + rose

HOME SHOP OUR STORY CONTACT

# THE ROSALIE FLORAL QUARTER ZIP

$132.00

See plans

BROWN



rain + rose

HOME SHOP OUR STORY

# THE ROSALIE FLORAL QUARTER ZIP

$132.00

As low as $12 / month or interest free with Klarna See plans

THE ROSALIE FLORAL QUARTER ZIP. THE STYLISH QUARTER ZIP FEATURES A BEAUTIFUL FLORAL DESIGN, ADDING A TOUCH OF ELEGANCE TO YOUR CASUAL LOOK. AVAILABLE IN BROWN AND NAVY. SKU: SW4491

FABRICATION

100% ACRYLIC

COLOR

Select Color

SIZE

Select Size

XLarge



# SIZE GUIDE

| | DRESS | BUST | WAIST | HIP |
|---|---|---|---|---|
| S (4-6) | 4-6 | 35-36 | 28-29 | 37-38 |
| M (8-10) | 8-10 | 37-38 | 30-31 | 39-40 |
| L (12-14) | 12-14 | 39-40 | 32-33 | 41-42 |
| XL(16-18) | 16-18 | 41-42 | 34-35 | 43-44 |

*Measurements made in inches

*Please note size runs may vary slightly due to manual measurements & quality control. Thanks!

# Exhibit 5

rain + rose

HOME SHOP OUR STORY CONTACT

DAHLIA FLORAL KNIT SWEATER
$148.50
As low as $14 / month or interest free with Klarna **See plans**

Color:

PINK

Size:

Select Size

1 +

ADD TO CART



DAHLIA FLORAL KNIT SWEATER
$148.50
As low as $14 / month or interest free with Klarna **See plans**

Color:

PINK

Size:

Select Size

1 +

ADD TO CART



DAHLIA FLORAL KNIT SWEATER
$148.50
As low as $14 / month or interest free with Klarna **See plans**

Color:

PINK

Size:

Select Size

1 +

ADD TO CART



DAHLIA FLORAL KNIT SWEATER
$148.50
As low as $14 / month or interest-free with Klarna **See plans**

Color:

PINK

Size:

Select Size

1 +

ADD TO CART











# Exhibit 6

rain + rose

HOME SHOP OUR STORY CONTACT

# MIA FLORAL STITCH SHIRT

$101.75

As low as $18 / month or interest-free with Klarna **See plans**

MIA FLORAL STITCH SHIRT – A CHIC SHORT-SLEEVE SHIRT FEATURING A CLASSIC COLLAR AND BOLD FLORAL EMBROIDERY ACROSS THE FRONT FOR A STANDOUT LOOK. ITS STRUCTURED YET RELAXED SILHOUETTE MAKES IT VERSATILE FOR CASUAL OR DRESSY OCCASIONS. AVAILABLE IN BEIGE AND BLACK. SKU OR6499. MODEL IS WEARING SIZE SMALL

FABRICATION

80% RAYON 20% NYLON

COLOR

BEIGE

SIZE

Select Size

Select Size

Small

Medium

Large

XLarge



rain + rose

HOME SHOP OUR STORY CONTACT

# MIA FLORAL STITCH SHIRT

$101.75

As low as $18 / month or interest-free with Klarna **See plans**

MIA FLORAL STITCH SHIRT – A CHIC SHORT-SLEEVE SHIRT FEATURING A CLASSIC COLLAR AND BOLD FLORAL EMBROIDERY ACROSS THE FRONT FOR A STANDOUT LOOK. ITS STRUCTURED YET RELAXED SILHOUETTE MAKES IT VERSATILE FOR CASUAL OR DRESSY OCCASIONS. AVAILABLE IN BEIGE AND BLACK, SKU OR6499. MODEL IS WEARING SIZE SMALL

FABRICATION

80% RAYON 20% NYLON

COLOR

BLACK

SIZE

Select Size

Select Size

Small

Medium

Large

XLarge

